PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Harold Smith**  Docket No. 06-255-04

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Laurie Nadler** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Harold Smith**, who was placed under pretrial release supervision by the **Honorable Stanley R. Chesler** sitting in the Court at Newark, New Jersey, on November 14, 2005, under the following conditions:

$100,000 Unsecured Appearance bond cosigned by three persons acceptable by Pretrial Services with the provision that one cosigner be the defendant's mother, Patricia Woodward; Travel restricted to New Jersey; Report to Pretrial Services as directed; Drug testing/treatment as directed by Pretrial Services; Mental Health treatment as directed by Pretrial Services; Surrender passport/Do not apply for passport; Must reside at 1737 Belmar Boulevard, Apt A, Wall, New Jersey 07719; Must refrain from possessing firearm, destructive device, or other dangerous weapon; and Frank Eastmond to act as third party custodian.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER REMOVAL OF THE FOLLOWING CONDITIONS:

1) FRANK EASTMOND AS COSIGNER AND THIRD PARTY CUSTODIAN.
2) MUST RESIDE AT 1737 BELMAR BOULEVARD, APT A, WALL, NEW JERSEY 07719

ORDER OF COURT

Considered and ordered this ___3___ day of __May__ 2007 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April 24, 2007___

_____
Laurie Nadler
U.S. Pretrial Services Officer