RJG/2006R00806

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 06-255 (SRC) |
| HAROLD SMITH | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, hereby moves to dismiss Indictment No. 06-255 (SRC) as to defendant Harold Smith, which Indictment was filed on March 28, 2006, charging defendant Harold Smith with: (1) conspiring to engage in the business of dealing in firearms without a license, contrary to Title 18, United States Code, Section 922(a)(1)(A), in violation of Title 18, United States Code, Section 371 (Count 1); and (2) engaging in the business of dealing in firearms without a license in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2 (Count 2), for the reason that prosecution of defendant Howard Smith has been deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice.

CHRISTOPHER J. CHRISTIE
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. STANLEY R. CHESLER
United States Magistrate Judge

Date: 4/16/08